FILED
2012 MAR -8 PM 2: 57
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

BARBARA E. RICH,

    Plaintiff,

vs.    CASE NO.: 3:12-CV-261-J-25mcr

ERNIE QUEVEDO, an individual,
MELTON TRUCK LINES, INC.,
a foreign corporation, and LIBERTY
TRUCK & TRAILER LEASING
& SALES, LLC, a foreign limited liability
corporation,

    Defendants.
_____/

## COMPLAINT

Plaintiff, BARBARA E. RICH, by and through her undersigned attorneys, sues Defendants, ERNIE QUEVEDO, MELTON TRUCK LINES, INC., and LIBERTY TRUCK & TRAILER LEASING & SALES, LLC, and alleges:

1. This is a cause of action for damages that exceed Seventy-Five Thousand Dollars ($75,000.00).

2. At all times material hereto, Plaintiff, BARBARA E. RICH, was a citizen of Jacksonville, Duval County, Florida.

3. At all times material hereto, Defendant, ERNIE QUEVEDO, was a citizen of California.

4. At all times material hereto, Defendant, MELTON TRUCK LINES, INC., a foreign corporation, with its principal place of business at 808 N. 161 East Avenue, Tulsa, Oklahoma.

5. At all times material hereto, Defendant, LIBERTY TRUCK & TRAILER LEASING & SALES, LLC, was a foreign limited liability corporation, with its principal place of business at 808 N. 161 East Avenue, Tulsa, Oklahoma.

6. At all times material, Defendant, MELTON TRUCK LINES, INC., although not registered to do business in the State of Florida, transacted business in the State of Florida and was engaged in the operation of commercial trucks within the State of Florida, utilizing Florida's interstate and intrastate highway system.

7. At all times material, Defendant, LIBERTY TRUCK & TRAILER LEASING & SALES, LLC, although not registered to do business in the State of Florida, transacted business in the State of Florida and was engaged in the operation of commercial trucks within the State of Florida, utilizing Florida's interstate and intrastate highway system.

8. At all times material, Defendant, ERNIE QUEVEDO, was an employee of the corporate Defendant, MELTON TRUCK LINES, INC., acting in the course and scope of that employment in the operation of commercial tractor and trailer trucks in Duval County, Florida.

9. On or about January 23, 2011, Defendant, MELTON TRUCK LINES, INC., was the motor carrier of a tractor-trailer being operated by Defendant, ERNIE QUEVEDO, on Normandy Boulevard, in Jacksonville, Duval County, Florida.

10. On or about January 23, 2011, Defendant, LIBERTY TRUCK & TRAILER LEASING & SALES, LLC was the owner of a tractor-trailer being operated by Defendant, ERNIE QUEVEDO, on Normandy Boulevard, in Jacksonville, Duval County, Florida.

11. On January 23, 2011, Plaintiff, BARBARA E. RICH was operating a vehicle traveling south on Chaffee Road near the intersection of Normandy Boulevard in Jacksonville, Duval County, Florida.

12. At that time and place, Defendant, ERNIE QUEVEDO, was operating a commercial tractor-trailer owned and maintained by Defendants, LIBERTY TRUCK & TRAILER LEASING & SALES, LLC and MELTON TRUCK LINES, INC., traveling west on Normandy Boulevard in Jacksonville, Duval County, Florida.

13. At that time and place, Defendants, did negligently operate and/or negligently maintain the vehicle so that it collided with the vehicle of the Plaintiff, BARBARA E. RICH, causing Plaintiff to suffer serious permanent injuries.

14. In the moments immediately prior to the aforementioned accident, Plaintiff, while in the southbound travel lane for Chaffee Road, was the second car

back, stopped at the traffic light that controls the intersection of Chaffee Road and Normandy Boulevard. After the traffic light changed to green, Plaintiff pulled into the intersection, following the car in front of her.

15. In the moments immediately prior to the aforementioned accident, the Defendant driver, westbound on Normandy Boulevard, approached the intersection of Normandy Boulevard and Chaffee Road at highway speed, without slowing or stopping as the traffic light controlling his entry into the intersection turned from green, to yellow, to red, and was red for multiple seconds prior to the Defendant driver's entry into the intersection.

16. There were no external visual obstructions, distractions or actions by any third party which in any way contributed to the Defendant driver's failure to obey the traffic signal, or failure to watch where he was driving.

17. Defendant, ERNIE QUEVEDO, by driving his tractor-trailer along a city street, up to and through an intersection, without ever looking ahead to watch where he was driving, intentionally pursued a course of conduct with actual knowledge of the wrongfulness of the conduct and the high probability that injury or damage result. This conduct was so reckless or wanting in care that it constituted a conscious disregard or indifference to the life, safety, or rights of other persons, including Plaintiff, BARBARA E. RICH, who were exposed to such conduct.

18. Defendants, MELTON TRUCK LINES, INC., and LIBERTY TRUCK

& TRAILER LEASING & SALES, LLC, actively and knowingly participated in, or knowingly condoned, ratified, or consented to, the willful, wanton and reckless conduct of Defendant, ERNIE QUEVEDO, as described above.

19. As a direct and proximate result of the aforesaid negligence, gross negligence, and/or intentional conduct of Defendants, Plaintiff, BARBARA E. RICH, suffered serious bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and/or aggravation of a previously existing condition. These injuries are permanent and continuing within a reasonable degree of medical probability, and Plaintiff will suffer said losses in the future. Plaintiff's automobile was damaged and plaintiff lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff demands judgment for damages, including punitive damages, as well as costs, and further demands a trial by jury.

DATED this ____ day of March, 2012.

_____
STEVEN R. BROWNING, ESQUIRE
Florida Bar No.: 0599638
SPOHRER & DODD, P.L.
701 West Adams Street, Suite 2
Jacksonville, Florida 32204
(904) 309-6500 Telephone
(904) 309-6501 Facsimile
Email: sbrowning@sdlitigation.com

And

JOHN THOMAS, ESQUIRE
Florida Bar No.: 22077
Brian Johnson, P.A.
800 Third Street, Suite B
Neptune Beach, FL 32266
Telephone: (904) 249-1800
Facsimile: (904) 249-6900
Email: jt4577233@yahoo.com

Attorneys for Plaintiff