UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BARBARA E. RICH,

    Plaintiff,

vs.                                               Case No.  3:12-cv-261-J-25MCR

ERNIE QUEVEDO, an individual, MELTON
TRUCK LINES, INC., a foreign corporation,
and LIBERTY TRUCK & TRAILER LEASING &
SALES, LLC, a foreign limited liability
corporation,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendants' Motions to Strike (Docs. 4 and 6) filed March 27 and April 2, 2012. Plaintiff filed a response in opposition to the first motion (Doc. 4) on March 29, 2012. As the motions are identical, the Court will proceed to rule on both of them without waiting for Plaintiff to file a response to the second motion.

Defendants filed the instant motions seeking an order striking the allegations in paragraphs 17 and 18 of the Complaint dealing with punitive damages. Defendants seek to strike these allegations on the grounds that they violate Florida Statutes, section 768.72, which bars a punitive damages claim "unless there is a reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages." Fla. Stat. § 768.72. What Defendants fail to note

is that the Eleventh Circuit "has rejected Florida pleading requirements for punitive damages in diversity cases, holding that Florida Statute § 768.72 conflicts with Rule 8(a)(3)" of the Federal Rules of Civil Procedure. Larson v. Correct Craft, Inc., No. 6:05-cv-686-Orl-31JGG, 2005 WL 1902438 at *4 (M.D. Fla. Aug. 8, 2005) (citing Cohen v. Office Depot, Inc., 184 F.3d 1292, 1297-99 (11th Cir. 1999), vacated in part and reheard on other grounds, 204 F.3d 1069 (11th Cir. 2000)); see also Gates v. U.S. Airways Group, Inc., No. 3:07-cv-899-J-32MCR, 2007 WL 3117729 (M.D. Fla. Oct. 22, 2007). Accordingly, it is hereby

**ORDERED**:

Defendants' Motions to Strike (Docs. 4 and 6) are **DENIED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  5th  day of April, 2012.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record